**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 237 EAL 2023

           Respondent   :

  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

           v.   :

JAQUAN WOODEN,   :

           Petitioner   :

COMMONWEALTH OF PENNSYLVANIA,    :   No. 238 EAL 2023

           Respondent   :

  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

           v.   :

JAQUAN WOODEN,   :

           Petitioner   :

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.